UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC FRANCIS CHRISTENSEN,<br><br>                    Petitioner,<br>      v.<br><br>SCOTT FRAKES,<br><br>                    Respondent. | Case No. C11-944-MJP<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, petitioner's response, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, the objections to the Report and Recommendation (Dkt. No. 25), the repsonsse to the objections (Dkt. No. 26), and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 11) is DENIED and this action is DISMISSED with prejudice.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all three of petitioner's grounds for relief.

(4) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable James P. Donohue.

DATED this 31st day of July, 2012.

Marsha J. Pechman
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2